177 A.3d 122

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER, v. LAURIE WINT A/K/A LAURIE A. WINT, JR., LAURIE AINSWORTH WINT, LANCE, DEFENDANT–CROSS–RESPONDENT.

C–415 September Term 2017

079660

December 13, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002182–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted; and it is further

ORDERED that the cross-appellant may electronically serve and file a supplemental brief on or before February 13, 2018, and cross-respondent may serve and file a supplemental brief forty-five (45) days after the filing of cross-appellant's supplemental submission, or, if cross-appellant declines to file such a submission, on or before April 2, 2018.